137971

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1183 **Case Title:** Gross v. Chronimed, et al.

**Affidavit of Movant**

I, Gregg M. Fishbein, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Richard Bemporad, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Joseph Gross in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Gregg Fishbein — Signature | 202009 — MN Attorney License # | 7/6/01 — Date

**Affidavit of Proposed Admittee**

I, Richard Bemporad, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Richard Bemporad — Type/Print Name | Richard Bemporad — Signature | 7/3/01 — Date

Attorney License Number: RB-8778

Law Firm Name & Address:
Lowey Dannenberg Bemporad & Selinger, P.C.
One North Lexington Avenue, 11th Floor
White Plains, NY 10601-1714
Telephone: (914) 997-0500

Motion Granted: Richard D. Sletten, II
For the Court: ~~Francis E. Dosal~~, Clerk

JUL 09 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 09 2001
RICHARD D. SLETTEN, CLERK

6/99

JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______