**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RECEIVED
1 , 2001

JUDITH BARCLAY,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1092 (DWF/AJB)

**ORDER FOR REASSIGNMENT OF RELATED CASES**

JEFF LATZ,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1132 (DSD/JMM)

GORDON M. CATHEY,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1175 (DSD/JMM)

JOSEPH GROSS,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1183 (MJD/JGL)

ROBERT HUNTER,
Plaintiff,

v. Civil No. 01-1190 (DSD/JMM)

CHRONIMED, INC., ET AL.,
Defendants.

---

THOMAS STUNDA,
Plaintiff,

v. Civil No. 01-1202 (DWF/SRN)

CHRONIMED, INC., ET AL.,
Defendants.

---

Case No. 01-1092(DWF/AJB) having been assigned to Judge Donovan W. Frank, Case Nos. 01-1132(DSD/JMM), 01-1175(DSD/JMM), and 01-1190(DSD/JMM) having later been assigned to Judge David S. Doty, Case No. 01-1183(MJD/JGL)having later been assigned to Judge Michael J. Davis and and Case No. 01-1202(DWF/SRN) having later been assigned to Judge Donovan W. Frank and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 01-1132, 01-1175, 01-1190, 01-1183 and 01-1202 be assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan, nunc pro tunc, by use of cards on the Security List of the automated case assignment system, and the Clerk of Court is directed to void and reuse these cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: July 10th, 2001

DONOVAN W. FRANK
Judge of United States District Court

Dated: July 16, 2001

DAVID S. DOTY
Judge of United States District Court

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: July 18, 2001

MICHAEL J. DAVIS
Judge of United States District Court

#01-1092

July 24, 2001

JOSEPH GROSS,
Plaintiff

Civil No. 01-1183 MJD/JGL

v.

CHRONIMED, INC., ET AL

Defendant

Civil No. **01-1183 DWF/AJB**

This case no. 01-1183 has been re-assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan.

Please note new judge initials above and refer to those initials when filing pleadings with the District Court.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500