UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Gross,

Plaintiff,

v.

Chronimed Inc., Henry F. Blissenbach, Maurice Taylor, and Gregory Keane,

Defendants.

Civil File No. 01-CV-1183 ~~MJD/JGL~~ DWF/AJB

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**

Plaintiff and defendants in the above-referenced case, through their undersigned attorneys, hereby stipulate that defendants may have an indefinite extension of time to answer, move, or otherwise respond to the complaint in the above-referenced matter since plaintiff intends to file an amended and consolidated complaint. When an amended consolidated complaint has been served upon the defendants, defendants have 30 days thereafter to answer, move, or otherwise respond to the amended consolidated complaint.

Dated: July 24, 2001

DORSEY & WHITNEY LLP

By ______________________

Peter W. Carter #0227985
Heather J. Klaas #283319
Mitchell W. Granberg #0285687
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendants Chronimed Inc., Henry F. Blissenbach, Maurice Taylor and Gregory Keane

JUL 3 1 2001
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: July 27, 2001

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By ______________________

Richard A. Lockridge, #64117
Gregg M. Fishbein, #202009
Karen M. Hanson, #219770
100 Washington Avenue South
Suite 2200
Minncapolis, MN 55401
Telephone: (612) 339-6900

LOWEY DANNENBERG BENPORAD & SELINGER, P.C.

Richard Bemporad
David C. Harrison
One North Lextington Avenue, 11th Floor
White Plains, NY 10601-3714
Telephone: (914) 997-0500

GILMAN AND PASTOR, LLP

Peter Lagorio
999 Broadway, Suite 500
Sangus, MA 01906
Telephone: (781) 231-7850

Attorneys for Plaintiff Joseph Gross

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

Defendants shall answer, move, or otherwise respond thirty days from service of the amended consolidated complaint.

Dated: July 30, 2001

______________________
Johathon G. Lebedoff
Magistrate Judge
United States District Court for the
District of Minnesota